**No. 46417.**—Protests 790154–G, etc., of Atlantic Sales Corp. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46418.**—Protests 799762–G, etc., of Bushwick Produce Exchange et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46419.**—Protests 846134–G, etc., of American Fig & Date Co. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.